UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| Rick Camp, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) No.: 3:14-CV-257-PLR-HBG |
| v. | ) |
| | ) |
| Knox County, Tennessee, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

### Judgment Order

For the reasons stated in the memorandum opinion entered contemporaneously herewith, the defendants' motions to dismiss [R. 40, 41, 42, 45, and 53] are **Granted**. The plaintiffs' complaint is **Dismissed** in its entirety. Dismissal of the state law claims is without prejudice to refiling in state court.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT